William D. Schuster, Esq., Bar No. 86408
ALLIE & SCHUSTER, P.C.
2122 N. Broadway
Santa Ana, CA 92706-2614
(714) 558-8899, fax no. (714) 558-8889

Attorneys for Plaintiff
COURTNEY WATERPROOFING, INC.



FILED
JUL 13 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: COURTNEY WATERPROOFING, INC., a Corporation;<br>Plaintiff(s),<br>v.<br>DICK CORPORATION, et al.,<br>Defendant(s). | CASE NUMBER<br>1:06-cv-397<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

■  This action is dismissed by the Plaintiff (s) in its entirety.

☐  The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐  The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐  The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

It is so Ordered. Dated: 7-13-06
_____
United States District Judge

☐  ONLY Defendants _____
is/are dismissed from (check one) ☐ Complaint, ☐ Counterclaim, ☐ Cross-Claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED: May 24, 2006            /S/
                              _____
                              Signature of Attorney/Party

NOTE:  F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9 (7/01)         NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)